MINUTE ENTRY          9:00 a.m.


YONAMI KOCHI -vs- COMMONWEALTH SUPERIOR COURT, et al


PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Randy Schmidt, Law Clerk
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Jane Mack, Attorney for Plaintiff
   Yonami Kochi, Plaintiff
   Richard Pierce, Attorney for Defendant Mike White
   Joseph Taijeron, Attorney for the Commonwealth
   Reynaldo Yana, Attorney for Defendants


PROCEEDINGS: MOTION TO DISMISS/ MOTION FOR PARTIAL SUMMARY
 JUDGMENT ON CLAIM FOR DECLARATORY JUDGMENT

 Plaintiff was represented in court by Attorney Jane Mack.  Defendant, Michael White was represented by Attorneys Richard Pierce.

 Attorney Jane Mack reported to the Court that they are near a settlement save for one signature, an attorney that is off-island.

 Court ordered that this matter would be continued for two weeks and that a written order would be forthcoming.

        Adjourned 9:10 a.m.

;    [KLL EOD 10/23/2003]