MINUTE ENTRY         9:05 a.m.


YONAMI KOCHI -vs- COMMONWEALTH SUPERIOR COURT, et al


PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
    Gilbert Birnbrich, Law Clerk
    Sanae Shmull, Court Reporter
    K. Lynn Lemieux, Courtroom Deputy
    Jane Mack, Attorney for Plaintiff
    Richard Pierce, Attorney for Defendants
    Joseph Taijeron, Attorney for Defendants


PROCEEDINGS: STATUS HEARING

 Plaintiff was represented in court by Attorney Mack.  Defendants were represented by Attorneys Richard Pierce and Joseph Taijeron.

 Attorney Richard Pierce reported to the Court that he felt that a settlement should have been signed by this date, but, that one of the attorneys in this case has been off-island and the final settlement remains unsigned.  Therefore, Attorney Pierce requested at two week continuance of this hearing.

 Court granted the request and continued the hearing until November 20, 2003 and requested that Attorney Pierce prepare an order.


        Adjourned 9:10 a.m.
;    [KLL EOD 11/06/2003]